

Clif Alexander • calexander@swhhb.com

January 23, 2015

David J. Bradley, Clerk of Court
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX  78401

      Re:    Civil Action No. 2:14-CV-00488
*Scott Durham and Eric Young, Individually and on behalf of all others similarly situated v. VAM USA, LLC;*
In the United States District Court for the Southern District of Texas;
Corpus Christi Division

Dear Mr. Bradley:

This letter is to formally advise you and all counsel of record in this cause that I will be on **vacation** from **May 7, 2015** through **May 22, 2015**. By copy of this letter, I am notifying counsel of record of my vacation schedule and requesting that all counsel refrain from noticing depositions or scheduling any trials or hearings during this time that would require a responsive pleading and/or my attendance in court. I also request the Court and Clerk's office to take notice of this vacation period to avoid scheduling any events that may require my presence.

Please file this vacation letter among the papers of this case and call if you have any questions whatsoever. Thank you.

                                                Sincerely,

                                                */s/ Clif Alexander*

                                                Clif Alexander

WCA/ra

802 North Carancahua • Suite 900 • Corpus Christi, Texas 78401 • Telephone 361.653.3300 • Telefax 361.653.3333 • Toll Free 877.653.3334 • www.swhhb.com

Texas   Corpus Christi   Houston   •   California   Los Angeles