## CONSENT TO BECOME A PARTY PLAINTIFF

Name: **CHAD COLSTON**

1. I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my former employer, VAM USA, LLC.

2. I hereby consent, agree, and opt-in to become a plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. I further consent and agree to be represented by Sico, White, Hoelscher, Harris & Braugh LLP and Raub Law Firm, P.C. in this matter and any subsequent related litigation against VAM USA, LLC.

4. I intend to pursue my claim individually, unless and until the Court certifies this case as a collective action. I agree to serve as the Class Representative if the Court so approves. If someone else serves as the Class Representative, then I designate the Class Representative(s) as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with the Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

5. In the event of any subsequent or follow-on litigation concerning this matter, I authorize Plaintiffs' counsel named above to use this Consent Form to re-file my claims in any separate or related action against VAM USA, LLC.

Signature: _____    Date: 6/7/15

*Consent Form*