# EXHIBIT A

## CONSENT TO JOIN WAGE CLAIM

Print Name: _____LeJuan Callier_____

1. I hereby consent to participate in a collective action lawsuit against VAM USA, LLC to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at SICO, WHITE, HOELSCHER, HARRIS & BRAUGH LLP as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at SICO, WHITE, HOELSCHER, HARRIS & BRAUGH LLP to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: _____     Date: _____Jul 21, 2015_____