IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTT DURHAM and ERIC YOUNG, Individually and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>VAM USA, LLC<br><br>*Defendant* | § § § § § § § § § § § § | <br><br><br><br>Civil Action No. 4:15-cv-00243<br><br><br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## PLAINTIFFS' NOTICE OF FILING CONSENT TO JOIN A COLLECTIVE ACTION

COME NOW, Plaintiffs Scott Durham and Eric Young, individually and on behalf of all others similarly situated, hereby files the following Opt-In Consent Form, submitted herewith as Exhibit A, pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

**CONSENT TO JOIN COLLECTIVE ACTION:**

- Sudiek Brown

Respectfully submitted,

By: /s/ *Clif Alexander*
Clif Alexander
Federal I.D. No. 1138436
Texas Bar No. 24064805
calexander@swhhb.com
Craig M. Sico
Federal I.D. No. 13540
Texas Bar No. 18339850
csico@swhhb.com
Roger S. Braugh, Jr.
Federal I.D. No. 21326
Texas Bar No. 00796244
rbraugh@swhhb.com
SICO, WHITE, HOELSCHER, HARRIS & BRAUGH LLP
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
Telephone: 361/653-3300
Facsimile: 361/653-3333

AND

Timothy D. Raub
Federal I.D. No. 22942
Texas Bar No. 00789570
timraub@raublawfirm.com
RAUB LAW FIRM, P.C.
814 Leopard Street
Corpus Christi, Texas 78401
Telephone: 361/880-8181
Facsimile: 361/887-6521

**ATTORNEYS IN CHARGE FOR PLAINTIFFS AND POTENTIAL CLASS MEMBERS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of August 2015, a true and correct copy of the above and foregoing document was served upon the following counsel of record via the Court's electronic filing system in accordance with the Federal Rules of Civil Procedure.

Brian G. Patterson
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002-5200

Robert G. Lian, Jr. (admitted *pro hac vice*)
Joseph K. Sekoski (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

**Attorneys for Defendant VAM USA, LLC**

/s/ *Clif Alexander*
Clif Alexander