IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTT DURHAM, *et al.*, | § § § § § | |
| Plaintiff(s), | § | |
| v. | § § | CIVIL ACTION NO. H-15-0243 |
| VAM USA, LLC., | § § § § | |
| Defendant(s). | § | |

## DOCKET CONTROL ORDER

Anticipated Length of Trial: **5-10** Days        Jury: **✓**    Non-Jury: _____

The disposition of this case will be controlled by the following schedule:

1. (a) **NEW PARTIES** shall be joined by:         **12/4/15**
   The attorney causing the addition of new parties must provide copies of this Order to new parties.
   (b) **AMENDMENTS to PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by:         **12/4/15**
   (**Absent parties' agreement or court approval, answers** may not be amended more than 21 days after this date. **Answers to amended claims and counterclaims** are due 21 days after amended claims or counterclaims are filed.)

2. **EXPERT WITNESSES for PLAINTIFF/COUNTER-PLAINTIFF** shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion.   DUE DATE:         **5/6/16**

3. **EXPERT WITNESSES for DEFENDANT/COUNTER-DEFENDANT** shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion.   DUE DATE:         **6/6/16**

3a. Rebuttal Opinions from existing expert   **6/20/16**

4. **DISCOVERY** must be completed by:  9/30/16
Written discovery requests are not timely if they are filed so close to
this deadline that the recipient would not be required under the Federal
Rules of Civil Procedure to respond until after the deadline.

5. **MEDIATION/ADR:**  Docket Call
  ✓  Required;  _____ Strongly suggested
  _____ Parties' Option
  **ADR TO BE COMPLETED** by:  10/31/16

6. **DISPOSITIVE MOTIONS** will be filed by:  10/31/16

7. **ALL OTHER PRETRIAL MOTIONS** (including *Daubert/Kumho*  10/31/16
motions, but *not* including other motions in limine) will be filed by:
(Typically this date will match ¶ 6.)

8. **JOINT PRETRIAL ORDER** will be filed by:  12/29/16
Plaintiff is responsible for timely filing the complete Joint Pretrial
Order in the form set forth in the published Court's Procedures.

9. **DOCKET CALL** is held in Courtroom 9-F, starting at 3:00 p.m.  1/13/17
on the date listed here. (The Court will set this date.)
Absent parties' agreement, no documents filed within 5 days before
the Docket Call will be considered at Docket Call without prior permission
of the Court to late file.

_Aug. 24, 2015_  _____
(Date)  NANCY F. ATLAS
  United States District Judge

**APPROVAL REQUESTED:**

_____   8/24/15
Counsel for Plaintiff(s)  Date

_____   8/24/15
Counsel for Defendant(s)  Date